■ PEOPLE, Respondent, v ELBERT BRYANT, Appellant.—Motion for leave to appeal as a poor person denied. Memorandum: The appeal was untimely taken. The resentencing on December 10, 1990, did not extend the time to take the appeal

*(see, People v Corso,* 40 NY2d 578). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.